IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID TOLES and JANELLE BARLASS,

    Plaintiffs,

v.

THE CITY OF JANESVILLE and
OFFICER JIMMY HOLFORD,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-677-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for failure to state a claim upon which relief may be granted.

_Peter Oppeneer_      12/18/12
Peter Oppeneer, Clerk of Court      Date